# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: GREENWOOD FOREST APARTMENTS, LLC.** | **CASE.: 18-10877** |
| | **CHAPTER 7** |
| **DEBTOR** | |

## NOTICE OF TRANSFER/ASSIGNMENT OF CLAIM

**Transferor: Deutsche Bank National Trust Company**

**Transferee: Specialized Loan Servicing LLC.**

    Please be advised that our office received a Transfer of Claim in this case.   The transfer reflects that Deutsche Bank National Trust Company has transferred its claim in the amount of $122,086.23 to Specialized Loan Servicing LLC..

    If you object to the transfer of claim, you have twenty-one (21) days to file an objection and request a hearing on this matter.

                                          Monica M. Menier, Clerk of Court
                                          United States Bankruptcy Court


                                          By: s/Chad Smith
                                               Deputy Clerk